# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-4225
Lower Tribunal No. 2018-004146

_____

NILDA OQUENDO and RAFAEL SANTIAGO,

Appellants,

v.

DEUTSCHE BANK TRUST COMPANY AMERICAS, as Trustee for RESIDENTIAL ACCREDIT LOANS, INC., MORTGAGE ASSET-BACKED PASS-THROUGH CERTIFICATES SERIES 2006-QA8, et al.,

Appellees.

_____

Appeal from the Circuit Court for Orange County.
Brian S. Sandor, Judge.

April 14, 2026

PER CURIAM.

AFFIRMED.

SMITH, MIZE and GANNAM, JJ., concur.


Mark L. Pomeranz, of Pomeranz & Associates, P.A., Hallandale Beach, for Appellants.

Robert R. Edwards and David Rosenberg, of Robertson, Anschutz, Schneid, Crane & Partners, PLLC, Boca Raton, for Appellee, Deutsche Bank Trust Company Americas, as Trustee for Residential Accredit Loans, Inc., Mortgage Asset-Backed Pass-Through Certificates Series 2006-QA8.

No Appearance for Other Appellees.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED